People v Joseph (2024 NY Slip Op 50718(U))

[*1]

People v Joseph (Isaac)

2024 NY Slip Op 50718(U)

Decided on June 13, 2024

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on June 13, 2024
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

570573/17
PRESENT: Hagler, P.J., Tisch, James, J J.

The People of the State of New York, Respondent,
against
Isaac Joseph, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Joanne B. Watters, J., on speedy trial motion; Ann E. Scherzer, J., at trial and sentencing), rendered July 20, 2017, after a jury trial, convicting him of driving while impaired, and imposing sentence.

Per Curiam.
Appeal from judgment of conviction (Joanne B. Watters, J., at speedy trial motion; Ann E. Scherzer, J., at trial and sentencing), rendered July 20, 2017, held in abeyance, and the matter remanded to Criminal Court, New York County, for further proceedings on defendant's constitutional speedy trial motion.
As the People concede, the motion court only addressed defendant's speedy trial motion under the CPL 30.30 standard, and did not address defendant's constitutional CPL 30.20 speedy trial argument. Since the People did not have an opportunity to respond to the motion, there is an insufficient record for appellate review. Accordingly, we remand the matter for further proceedings on the constitutional speedy trial motion (see People v Crew, 121 AD2d 921 [1986]; People v Chin, 65 Misc 3d 130[A], 2019 NY Slip Op 51558[U][App Term, 1st Dept 2019]; see also People v Blue, 185 AD3d 510, 510-511 [2020], lv denied 35 NY3d 1111 [2020]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 13, 2024